UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

CASE NO.: 1:17-cv-00230

| Heidi PEEK; and John KUKULKA, for himself and on behalf of all others similarly situated; | ) ) ) ) | |
|---|---|---|
| Plaintiffs; | ) ) | **MOTION TO AMEND COMPLAINT BY REPLACING ATTACHMENT** |
| v. | ) ) | |
| NATIONSTAR MORTGAGE, LLC; CALIBER HOME LOANS, INC.; and LSF9 MASTER PARTICIPATION TRUST ("LSF9"); and U. S. BANK TRUST, NA, as Trustee of LSF9; | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs Heidi Peek and John Kukulka respectfully move the Court for leave to amend their Verified Amended Complaint (Doc. 7) by replacing the Attachment (Doc. 7, #55). In support of this motion, plaintiffs state:

1. Married plaintiffs filed their Verified Amended Complaint last week.

2. The Attachment thereto consists of five letters. One is a form letter addressed to wife Heidi Peek (signatory to mortgage but not to note).

3. Plaintiffs wish to replace this letter with the same form letter, but addressed to husband John Kukulka ((signatory to mortgage and note). The proposed replacement "Replaced Attachment" is attached hereto and, should this motion be granted, plaintiffs shall file it separately unless directed otherwise.

4. No memorandum is filed because the relief sought is within the Court's discretion.

5. Counsel sought and obtained defendants' assent as to the relief requested herein.

WHEREFORE, the plaintiffs respectfully request the following relief:

A.      Grant their motion to amend complaint by replacing the Attachment.

B.      Such other relief the Court deems just and proper.

Respectfully submitted,

Heidi Peek; and John Kukulka, for himself and on behalf of all others similarly situated;

By their attorney,

/s/ Edward K. O'Brien
Edward K. O'Brien
NH Bar No. 2866
O'Brien Law Firm, PC
77 Sundial Ave, Ste 148W
Manchester, NH 03103
(603) 672-3800
eobrien@ekoblaw.com

Dated: June 25, 2017

**Certificate of Service**

I hereby certify that on this day I served a true copy of the foregoing document upon all counsel of record, via ecf delivery, delivered to the following:

> Counsel for all defendants
>
> Joseph Farside
> LOCKE LORD
> 2800 Financial Plaza
> Providence RI 02903
> [joseph.farside@lockelord.com](mailto:joseph.farside@lockelord.com)

Date: June 25, 2017 /s/ Edward K. O'Brien